IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DONALD MONTELONGO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:14-CV-1962-M |
| | § | |
| SOCIAL SECURITY ADMINISTRATION | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, VACATING JUDGMENT, AND REOPENING CASE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the Judgment entered December 9, 2014 [Dkt. No. 29] is VACATED, and this case is REOPENED.

SO ORDERED this 16 day of December, 2014.

BARBARA M.G. LYNN
UNITED STATES DISTRICT JUDGE